# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                               **Case No.  6:11-cr-268-Orl-22DAB**

**BRYCE LADELL BUSH**

_____

## ORDER AND NOTICE
## OF SHOW CAUSE HEARING

This cause comes before the Court on the Report and Recommendations (Doc. Nos. 13 and 26), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on June 20, 2011 and August 30, 2011.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.  On September 6, 2011 Defendant filed an Unopposed Request to Shorten Time for OTSC/Revocation Hearing (Doc. No. 27).

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendations entered June 21, 2011 and August 31, 2011 (Doc. Nos. 13 and 26) are ADOPTED and CONFIRMED and made a part of this Order.

2.      The Unopposed Request to Shorten Time for OTSC/Revocation Hearing (Doc. No. 27) is GRANTED.  Defendant shall personally appear before this court on **THURSDAY, September 15, 2011, at 9:30 A.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why supervised should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 8, 2011.

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Bryce Ladell Bush

ANNE C. CONWAY
United States District Judge

-2-